# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50901
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 22, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STEPHEN DUDLEY BRUNSON,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-57-1

---

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Stephen Dudley Brunson appeals his jury-verdict conviction for possession with intent to distribute less than 50 grams of a mixture containing methamphetamine. He argues that the district court erred by denying his motion to suppress the methamphetamine found on his person because the

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50901

Texas State Troopers prolonged his detention during a traffic stop in violation of the Fourth Amendment.

We review factual findings for clear error and the ultimate constitutionality of the law enforcement action de novo. *United States v. Robinson*, 741 F.3d 588, 594 (5th Cir. 2014). All evidence is viewed in the light most favorable to the prevailing party. *United States v. Alvarez*, 40 F.4th 339, 344 (5th Cir. 2022). Thus, we "will uphold the district court's ruling if there is any reasonable view of the evidence to support it." *Id.* (citation and internal quotation omitted).

Even if Brunson's detention had been unconstitutionally prolonged, which we do not reach, the inevitable discovery doctrine "renders the exclusionary rule inapplicable to otherwise suppressible evidence if that evidence would inevitably have been discovered by lawful means." *United States v. Jackson*, 596 F.3d 236, 241 (5th Cir. 2010). Brunson concedes that the troopers were justified in stopping his vehicle to investigate misdemeanor traffic violations. The record and relevant Texas statutory provisions support the district court's determination that there was probable cause for the troopers to arrest Brunson for those misdemeanor offenses. The methamphetamine was found on Brunson's person during the search incident to his arrest for those misdemeanor offenses. Accordingly, the district court's denial of Brunson's suppression motion on this basis was not erroneous.

AFFIRMED.